Ryan P. Atkinson, #10673
Jessica J. Johnston, #14687
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: 801-532-7080
Facsimile: 801-596-1508
ratkinson@strongandhanni.com
jjohnston@strongandhanni.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES ALLEN EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>COATES ELECTRICAL & INSTRUMENTATION, INC.,<br>*a domestic corporation*,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br><br>Case: 2:16-cv-1196<br><br>Judge: Dale A. Kimball |

Having considered the ***Stipulated Motion to Dismiss*** filed by Plaintiff James Allen Evans and Defendant Coates Electrical & Instrumentation, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. All claims in the above captioned case are dismissed in their entirety.

2. Evans and Coates each bear their own attorneys' fees and costs excepting those costs to be paid from Coates to Evans as outlined in the Settlement Agreement and Release of All Claims.

DATED this 9th day of July, 2018.

                            BY THE COURT:

                            _____
                            Dale A. Kimball,
                            Federal Court Judge

APPROVED AS TO FORM:

*/s/ Neil Skousen*

_____

Neil Skousen
*Attorney for Plaintiff*